# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

THOMAS SCHUSTER,                                    1:07-cv-00903-AWI-WMW (HC)

                    Petitioner,
                                                    **ORDER AUTHORIZING
v.                                                  IN FORMA PAUPERIS STATUS**

J.F. SALAZAR,

                    Respondent.
_____/

  Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   July 5, 2007**        _____/s/  **William M. Wunderlich**_____
            UNITED STATES MAGISTRATE JUDGE